*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 23, 2016                    521978
_____

In the Matter of JOHN ZOCCOLI,
                    Petitioner,

           v                              MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  May 3, 2016

Before:  McCarthy, J.P., Garry, Egan Jr., Clark and Mulvey, JJ.

                    _____

        John Zoccoli, Malone, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to challenge a prison disciplinary determination.  The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.  In view of this, the petition must be dismissed as moot (see Matter of Roye v Annucci, 137 AD3d 1392, 1393 [2016]; Matter of James v Prack, 137 AD3d 1390, 1391 [2016]).  Although not mentioned by the Attorney General, we note that the loss of good

time that was imposed as part of the penalty must also be restored to petitioner (see Matter of Corrieri v Annucci, 137 AD3d 1407, 1408 [2016]; Matter of Moore v Prack, 134 AD3d 1381, 1381 [2015]).  Under the circumstances presented, however, we deny petitioner's request for reimbursement of counsel fees and miscellaneous expenditures that are not substantiated by the record.

McCarthy, J.P., Garry, Egan Jr., Clark and Mulvey, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.

ENTER:

Robert D. Mayberger
Clerk of the Court